tmd3574/db
Return Date & Time:
AUGUST 13, 2018 9:30 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Chapter 13 Case No: 118-40874-ESS
IN RE:
                                                          NOTICE OF MOTION
JORDAN L. LUCKETT,
                      Debtor
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, Courtroom 3585 on AUGUST 13, 2018 at 9:30 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. Section 1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) business days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   Jericho, New York
          July 25, 2018

                                                      /s/ Marianne DeRosa
                                                      MARIANNE DeROSA, TRUSTEE
                                                      125 JERICHO TPKE, SUITE 105
                                                      JERICHO, NEW YORK 11753
                                                      (516) 622-1340

|  | tmd3574/db |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| EASTERN DISTRICT OF NEW YORK | AUGUST 13, 2018 |
|  | 9:30 AM |

------------------------------------------------------------X

IN RE:  Chapter 13 118-40874-ESS

JORDAN L. LUCKETT,  APPLICATION

                             Debtor.

------------------------------------------------------------X

TO THE HONORABLE ELIZABETH S. STONG, U.S. BANKRUPTCY JUDGE:

      Marianne DeRosa, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

      1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on February 17, 2018, and, thereafter, Marianne DeRosa was duly appointed and qualified as Trustee.

      2.  The Debtor's proposed Chapter 13 Plan, (hereinafter "The Plan"), dated and filed with the Court on February 19, 2018, and reflected in the Court's docket as number 3 provides for a monthly Plan payment of $600.00 per month for a period of 60 months. Additionally, The Plan provides for full repayment to all filed secured and priority proofs of claim, as well as a pro rata distribution to general unsecured proofs of claim.

      3.  The Debtor's form B22C (hereinafter referred to as "the B22C") indicates that after all deductions allowed under 11 U.S.C § 707(b)(2), the Debtor's Monthly Disposable Income under 11 U.S.C. § 1325(b)(2) is $1,069.25 per month, or $64,155.00 to be paid to general unsecured creditors over the applicable commitment period. The Plan, as filed, will yield only $32,520.88 to general unsecured proofs of claim.  Therefore, the Trustee objects to the confirmation of the Plan because it fails to pay all of the Debtor's projected Disposable Income as required by 11 U.S.C. § 1325(b)(1)(B), and as such the Plan cannot be confirmed.

      4.   Furthermore, the Debtor has failed to:

          a. provide the Trustee with proof of post-petition mortgage payments seven business days before the first meeting of creditors as required by E.D.N.Y. LBR 2003-1(a)(vi);

          b. provide the Trustee with proof of post-petition mortgage payments seven days before the first date set for confirmation of the Chapter 13 Plan as required by E.D.N.Y. LBR 2003-1(b)(i);

          c. provide the Trustee with a copy of an affidavit by the Debtor stating the Debtor has paid all amounts that are required to be paid under a domestic support obligation or that the Debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii)(A) and (B);

      d. provide the Trustee with a copy of affidavit from the Debtor stating whether the Debtor has filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii);

      e. file the original affidavits with the Court as required under subdivisions (b)(ii) and (iii) as required by E.D.N.Y. LBR 2003-1(c).

5. The Plan cannot be confirmed and as a result a delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

6. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order denying confirmation and dismissing this Chapter 13 case and such other and further relief as may seem just and proper.

Dated: Jericho, New York
      July 25, 2018

                                       /s/ Marianne DeRosa
                                        Marianne DeRosa, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     Chapter 13 Case No: 118-40874-ESS
IN RE:

JORDAN L. LUCKETT,

                                                    CERTIFICATE OF SERVICE
                                                        BY MAIL
                          Debtor.
-----------------------------------------------------------X

        This is to certify that I, DANI M. BOYER, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

JORDAN L. LUCKETT
1444 BEDFORD AVENUE, APT 1F
BROOKLYN, NY 11216

ANTHONY M. VASSALO, ESQ.
305 FIFTH AVENUE, STE 1B
BROOKLYN, NY 11215


This July 25, 2018

/s/DANI M. BOYER
DANI M. BOYER, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Tpke, Suite 105
Jericho, New York 11753
(516) 622-1340

Index No: 118-40874-ESS
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

JORDAN L. LUCKETT,

Debtor.

NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE

MARIANNE DeROSA, TRUSTEE
125 JERICHO TPKE, SUITE 105
JERICHO, NEW YORK 11753
(516) 622-1340